UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:26 CR 260 |
| | ) | |
| Plaintiff, | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| vs. | ) | CARMEN E. HENDERSON |
| | ) | U.S. MAGISTRATE JUDGE |
| MIKESHA WILSON, | ) | |
| | ) | |
| Defendant. | ) | **REPORT AND RECOMMENDATION** |
| | ) | **OF MAGISTRATE JUDGE** |

Pursuant to General Order 99-49, this matter having been referred to United States Magistrate Judge Carmen E. Henderson for purposes of receiving, on consent of the parties, the defendant's offer of a plea of guilty, conducting the colloquy prescribed by Fed. R. Crim. P. 11, causing a verbatim record of the proceedings to be prepared, referring the matter, if appropriate, for presentence investigation, and submitting a Magistrate Judge's Report and Recommendation stating whether the plea should be accepted and a finding of guilty entered, the following, along with the transcript or other record of the proceedings submitted herewith, constitutes the Magistrate Judge's Report and Recommendation concerning the plea of guilty proffered by the defendant.

1.    On June 17, 2026, the defendant, accompanied by counsel, entered a plea of guilty to Count 1 of the Information pursuant to a plea agreement.

2.    Prior to such proffer, the defendant was examined as to her competency, advised of the charge and the consequences of conviction, informed that the Federal Sentencing Guidelines are advisory and the Court must consider them but the Court may impose any

sentence authorized by law, notified of her rights, advised of the rights she was giving up, advised that with limited exceptions, she was waiving his right to appeal, and otherwise provided with the information prescribed in Fed. R. Crim. P. 11.

3.      The parties and counsel informed the court about the plea agreement between the parties, and the undersigned was advised that, aside from such agreement as described or submitted to the court, no other commitments or promises have been made by any party, and no other agreements, written or unwritten, have been made between the parties.

4.      The undersigned, having questioned the defendant under oath about the knowing, intelligent, and voluntary nature of the plea of guilty, finds that the defendant's plea was offered knowingly, intelligently, and voluntarily.

5.      The parties provided the undersigned with sufficient information about the charged offense and the defendant's conduct to establish a factual basis for the plea.

### CONCLUSION AND RECOMMENDATION

In light of the foregoing and the record submitted herewith, the undersigned finds that the defendant's plea was knowing, intelligent, and voluntary, and that all requirements imposed by the United States Constitution and Fed. R. Crim. P. 11 have been satisfied. Therefore, the undersigned recommends that the plea of guilty be accepted and a finding of guilty be entered by the Court.

Date: June 17, 2026

*Carmen Henderson*
Carmen E. Henderson
United States Magistrate Judge

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Beauvais*, 928 F. 3d 520, 530-31 (6th Cir. 2019).